IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   1:11-CV-234-SPM/GRJ

JEFFREY D. WILLIAMS,

    Defendant.

_____/

## ORDER

This cause comes before the Court on the Government's Motion for Partial Relief From Mediation Order and Extension of the Mediation Conference Deadline (doc. 12). Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 12) is **granted**.

2. The mediation deadline is extended by 30 days. Specifically, mediation in this case must be completed on or before August 6, 2012.

3. The Government is excused from the requirement that a representative with full settlement authority be present at the mediation conference. However, trial counsel shall attend the

mediation conference in person, and an individual with full settlement authority shall be available by phone.

**DONE AND ORDERED** this 15th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge