IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        1:11-CV-234-SPM/GRJ

JEFFREY D. WILLIAMS,

    Defendant.

_____/

## ORDER

Plaintiff filed a motion for summary judgment (doc. 14).  Defendant has not filed any response.  This order is entered to allow any defendant, who is proceeding *pro se*, an opportunity to submit additional materials if he so desires and to advise defendant of his burden in opposing summary judgment.

Summary judgment will be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a).  In opposing summary judgment, Defendants may not rely on the "mere allegation or denials" in the pleadings.  Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-48 (1986).  Evidentiary material acceptable in opposition to the motion includes sworn affidavits, sworn documents, or other evidence indicating the existence of a genuine issue of

material fact.  See Fed. R. Civ. P. 56(c).  Sworn affidavits offered in opposition to the motion "must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated."  Fed. R. Civ. P. 56(c)(4).

Defendant is hereby notified that the file will be referred to the undersigned judge on August 7, 2012 and the Court will take Plaintiff's motion for summary judgment under advisement on that date.  Defendant shall have up to and including August 6, 2012, to file affidavits or other material in opposition to the motion for summary judgment.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant must file any material in opposition to summary judgment on or before August 6, 2012.
2. The Clerk of Court is directed to refer this mater to the undersigned judge on August 7, 2012.

**DONE AND ORDERED** this 19th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge