IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:11-cv-00234-SPM-GRJ

JEFFREY D. WILLIAMS,

    Defendant.

_____/

# O R D E R

Pending before the Court is Plaintiff's Motion To Compel Defendant's Initial Disclosures. (Doc. 11.)  Plaintiff requests that the Court enter an order compelling Defendant to produce his initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A). Pursuant to the parties Rule 26 Case Management Report, which was adopted in the Court's Initial Scheduling Order, Defendant was required to produce the disclosures required by Rule 26(a)(1) by March 30, 2012. Plaintiff failed to do so thus requiring the filing of Defendant's motion. The Defendant has not responded to the motion and the time for doing so has long since passed.

Accordingly, upon due consideration,  it is **ORDERED** that:

(1)    Plaintiff's Motion To Compel Defendant's Initial Disclosures (Doc. 11) is **GRANTED**.  Defendant must provide Plaintiff with the initial disclosures required by Rule 26(a)(1) by **August 24, 2012**. Failure to do so may result in the entry of sanctions under Rule 37, which may include the entry of an order barring Defendant from supporting defenses at trial relating to the disclosures.

**DONE AND ORDERED** this 7th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge