IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No.: 1:11-CV-234-SPM/GRJ

JEFFREY D. WILLIAMS,

    Defendant.

_____/

## ORDER EXTENDING TIME

This cause comes before the Court upon the Defendant's motion for extension of time (doc. 21) to Plaintiff's Motion for Summary Judgment. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's motion for extension of time (doc. 21) is granted.

2. Defendant shall have until August 20, 2012, to respond to and submit additional materials to Plaintiff's Motion for Summary Judgment.

DONE AND ORDERED this 8th day of August, 2012.

                                        *S/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge